IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY JOHN MORRIS,

    Petitioner,

v.                                                                           No. CV 17-325 JP/CG

RON HAYNES,

    Respondent.

## ORDER GRANTING EXTENSION OF TIME TO ANSWER

**THIS MATTER** is before the Court upon *Respondent's Motion for an Extension of Time to Answer Anthony John Morris'* Pro Se *Petition for Writ of Habeas Corpus (28 U.S.C. 2254) [Doc. 1]*, (Doc. 10), filed November 16, 2017. The Court, having reviewed the Motion and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Respondent shall answer Petitioner's petition on or before **January 29, 2018**. Petitioner may reply to Respondent's answer on or before **February 12, 2018**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

1